UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                          :
FUBON INSURANCE CO., LTD.,            :
                          :
                Plaintiff,    :
                          :                  26-CV-2124 (VSB)
           -against-          :
                          :                     **ORDER**
C.H. ROBINSON INTERNATIONAL, INC., and :
C.H. ROBINSON FREIGHT SERVICES LTD.,  :
                          :
              Defendants.   :
                          X
-----------------------------------------------------------
VERNON S. BRODERICK, United States District Judge:

Defendant C.H. Robinson Freight Services, Ltd. filed a third-party complaint against

COSCO Shipping Lines Co. Ltd. ("COSCO"), (Doc. 17), and filed an affidavit of service on

May 21, 2026, (Doc. 22). The deadline for COSCO to respond to Defendant's third-party

complaint was June 9, 2026. To date, COSCO has not appeared or responded to the complaint.

Defendant, however, has taken no action to prosecute its third-party complaint. Accordingly, if

Defendant intends to seek a default judgment, it is directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than June 25, 2026. If

Defendant fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I

may dismiss the third-party complaint for failure to prosecute pursuant to Federal Rule of Civil

Procedure 41(b).

SO ORDERED.

Dated:     June 18, 2026
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge